IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

    **Plaintiff,**

v.                                                   Case No. 4:17cv102-MW/CAS

**LIEUTENANT JULIE MARTIN,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 22, is **GRANTED** pursuant to the fugitive disentitlement doctrine and this case is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on February 8, 2018.**

                                                      s/Mark E. Walker           
                                                      **United States District Judge**